**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| EUCALYPTUS REAL ESTATE LLC, | § § § § § § § § § § | Case No: 5:24-CV-04124-HLT-GEB |
| Plaintiff, | | |
| v. | | |
| LRS SOUTH, LLC, | | |
| Defendant. | | |

**DESIGNATION OF PLACE OF TRIAL**

Pursuant to Local Rule 40.2(a), Plaintiff Eucalyptus Real Estate LLC requests trial in Topeka, Kansas.

Respectfully submitted,

 */s/ Meredith Monaco*_____
MEREDITH MONACO, KS BAR NO. 26918
Counsel for Eucalyptus Real Estate, LLC
1200 Sovereign Row
Oklahoma City, OK 73108
Telephone: 405.639.2180 Ext. 125
mcginnismonaco@gmail.com